842 A.2d 139

IN THE MATTER OF FRANK MARTINO, III, AN ATTORNEY AT LAW (ATTORNEY NO. 008081994).

February 26, 2004.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–11, recommending that **FRANK MARTINO, III**, of **GIBBSBORO**, who was admitted to the bar of this State in 1994, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **FRANK MARTINO, III**, is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **FRANK MARTINO, III**, pursuant to *Rule* 1:21–6, and in any fiduciary capacity, shall be restrained from disbursement except on application to this Court, and shall be transferred by the financial institution to the Clerk of

the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of the Court;and it is further

ORDERED that **FRANK MARTINO, III**, be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.